# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PEREZ, individually, CECILIA PEREZ, individually, TERRALEE PEREZ, individually and as successor in interest to Joseph Perez, JOSEPH PEREZ, JR., individually and as successor in interest to Joseph Perez, and X.P., a minor, by and through his Guardian ad litem, MICHELLE PEREZ, individually and as successor in interest to Joseph Perez , <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FRESNO, COUNTY OF FRESNO, JAMES ROSSETTI, an individual, SEAN CALVERT, an individual, CHRIS MARTINEZ, an individual, BRAITHAN STOLTENBERG, an individual, ROBERT MCEWEN, an individual, KARLSON MANASAN, an individual, JIMMY ROBNETT, an individual, and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 1:18-cv-00127-AWI-EPG <br><br> **ORDER GRANTING PETITION FOR THE APPOINTMENT OF A GUARDIAN *AD LITEM*** <br><br> (ECF No. 2) |

On January 23, 2018, Plaintiff X.P., a sixteen-year-old minor, by and through his guardian *ad litem* Michelle Perez, individually and as successor in interest to Joseph Perez, submitted a petition for the appointment of a guardian *ad litem* in conjunction with the commencement of this action. (ECF No. 2). Plaintiff X.P. seeks to have the Court appoint his paternal aunt, Michelle Perez, as guardian *ad*

1

*litem*. Michelle Perez alleges that she is fully competent and responsible to act as her nephew's guardian and to prosecute the action on his behalf.

Rule 17 of the Federal Rules of Civil Procedures provides that "[t]he court must appoint a guardian ad litem--or issue another appropriate order--to protect a minor or incompetent person who is unrepresented in an action." Fed. R. Civ. P. 17(c)(2).

Local Rule 202(a) of this Court further states, in pertinent part:

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor . . . the attorney representing the minor or incompetent person shall present . . . a motion for the appointment of a guardian <u>ad</u> <u>litem</u> by the Court, or . . . a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person.

"The decision to appoint a guardian ad litem under Rule 17(c) is normally left to the sound discretion of the trial court." *Davis v. Walker*, 745 F.3d 1303, 1310 (9th Cir. 2014) (citing *United States v. 30.64 Acres of Land*, 795 F.2d 796, 804 (9th Cir. 1986)).

Upon review of the application, the Petition of Michelle Perez to be Appointed Guardian ad litem for Minor, X.P. (ECF No. 2), is GRANTED.

IT IS SO ORDERED.

Dated: **January 26, 2018**     /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE