Mildred K. O'Linn (State Bar No. 159055)
Tony M. Sain (State Bar No. 251626)
Lynn Carpenter (State Bar No. 310011)
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, City of Fresno

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ANTHONY PEREZ, individually, CECILIA PEREZ, individually, TERRALEE PEREZ, individually and as successor in interest to Joseph Perez, JOSEPH PEREZ, JR., individually and as successor in interest to Joseph Perez, and X.P., a minor, by and through his Guardian ad Litem, MICHELLE PEREZ, individually and as successor in interest to Joseph Perez,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, COUNTY OF FRESNO, JAMES ROSSETTI, an individual, SEAN CALVERT, an individual, CHRIS MARTINEZ, an individual, BRAITHAN STOLTENBERG, an individual, ROBERT MCEWEN, an individual, KARLSON MANASAN, an individual, JIMMY ROBNETT, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:18-cv-00127-AWI-EPG<br>[Hon. Anthony W. Ishii]<br><br>**ORDER RE JOINT STIPULATION OF THE PARTIES FOR DISMISSAL WITH PREJUDICE OF PLAINTIFFS ANTHONY PEREZ AND CECILIA PEREZ FROM THE FIRST FEDERAL CLAIM FOR EXCESSIVE FORCE AND FROM ALL STATE CLAIMS**<br><br><br><br>Complaint filed: 1/23/18<br>Trial Date: N/A |

Pursuant to the Joint Stipulation of the parties, IT IS HEREBY ORDERED:

1) Plaintiffs ANTHONY PEREZ and CECILIA PEREZ, the parents of the decedent Joseph Perez, shall be dismissed from the first federal claim for excessive force under the Fourth Amendment (42 U.S.C. §1983) with prejudice;

2) Plaintiffs ANTHONY PEREZ and CECILIA PEREZ, the parents of the decedent Joseph Perez, shall be dismissed from all state claims, which includes the fourth state claim for violation of the Bane Act; the fifth state claim for battery (wrongful death); and the sixth state claim for negligence (wrongful death) with prejudice.

IT IS SO ORDERED.

Dated: March 1, 2018

_____
SENIOR DISTRICT JUDGE

2