UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANOTHONY PEREZ, individually, CECILIA PEREZ, individually, TERRALEE PEREZ, individually, and as successor in interest to Joseph Perez, JOSEPH PEREZ, JR., individually and as successor in interest to Joseph Perez, and X.P. a minor, by and through his Guardian ad Litem, MICHELLE PEREZ, individually and as successor in interest to Joseph Perez<br><br>     Plaintiffs,<br><br>    v.<br><br>CITY OF FRESNO, COUNTY OF FRESNO, JAMES ROSSETTI, an individual, SEAN CALVERT, an individual, CHRIS MARTINEZ, an individual, BRAITHAN STOLTENBERG, an individual, ROBERT MCEWEN, an individual, KARLSON MANASAN, an individual, JIMMY ROBNETT, an individual, and DOES 1-10, inclusive.,<br><br>     Defendants. | Case No. 1:18-cv-00127-AWI-EPG<br><br>ORDER ON JOINT STIPULATION REGARDING PROPOSED FIRST AMENDED COMPLAINT FOR DAMAGES<br><br>(ECF NO. 54) |

  Upon consideration of the Parties "Joint Stipulation Regarding Proposed First Amended Complaint for Damages," (ECF No. 54) and finding good cause therefore for the amendment of

1

the First Amended Complaint, IT IS ORDERED as follows:

1. Plaintiffs are granted leave to file the First Amended Complaint submitted concurrently with the stipulation as the operative complaint within the meaning of Rule 15(a) of the Federal Rules of Civil Procedure.
2. The current scheduling order (ECF Nos. 29 & 49) is hereby vacated.
3. The parties shall submit a proposed new scheduling order to the Court within one week of an appearance by the newly-named Defendants.

IT IS SO ORDERED.

Dated: **April 24, 2019**            /s/ Eric P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE