1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11   ANTHONY PEREZ, individually,              CASE NO. 1:18-cv-00127-AWI-EPG
     CECILIA PEREZ, individually,
12   TERRALEE PEREZ, individually and          Action Filed:    January 23, 2018
     as successor in interest to Joseph Perez, Amended Complaint Filed: April 29, 2019
13   JOSEPH PEREZ, JR., individually and       Trial Date:        April 20, 2021
     as successor in interest to Joseph Perez,
14   and X.P., a minor, by and through his     **ORDER MODIFYING CASE**
     Guardian ad Litem, MICHELLE              **MANAGEMENT SCHEDULE, WITHOUT**
15   PEREZ, individually and as successor      **CHANGE TO TRIAL DATE**
     in interest to Joseph Perez,
16
                      Plaintiffs,
17
          v.
18
     CITY OF FRESNO, COUNTY OF
19   FRESNO, AMERICAN
     AMBULANCE, JAMES ROSSETTI, an
20   individual, SEAN CALVERT, an
     individual, CHRIS MARTINEZ, an
21   individual, BRAITHAN
     STOLTENBERG, an individual,
22   ROBERT MCEWEN, an individual,
     KARLSON MANASAN, an individual,
23   JIMMY ROBNETT, an individual,
     MORGAN ANDERSON, an individual,
24   and DOES 1-10, inclusive,

25                    Defendants.

26   IN ACCORDANCE WITH THE STIPULATION OF THE PARTIES ("Amended

27   Stipulation and Joint Request for Modification of Case Management Schedule, Without

28   Change to Trial Date"), submitted concurrently herewith and pursuant to the Court's

                                      1

inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules; after due consideration of all the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; in furtherance of the interests of justice and GOOD CAUSE APPEARING THEREFOR:

IT IS HEREBY ORDERED that, without change to the April 20, 2021 trial date, the Court's Case Management Schedule [Doc. 66] is hereby modified and reset to the following:

| *Case Management Event:* | *Current Deadline:* | *Proposed New Deadline:* |
|---|---|---|
| Non-Expert Discovery Cut-off | March 27, 2020 | September 25, 2020 |
| Initial Expert Disclosures | May 15, 2020 | October 16, 2020 |
| Rebuttal/Supplemental Expert Disclosures | July 17, 2020 | October 30, 2020 |
| Expert Discovery Cut-Off | September 4, 2020 | December 18, 2020 |
| Dispositive Motion/MSJ – Filing Deadline | October 23, 2020 | January 13, 2021 |
| Dispositive Motion/MSJ – Hearing Deadline | Not specified | February 10, 2021 |
| Trial Readiness Conference | February 24, 2021 | March 17, 2021 at 10:00 am |
| TRIAL (no change) | April 20, 2021 | April 20, 2021 at 8:30 am |

IT IS FURTHER ORDERED that the status conference in this matter originally set for January 27, 2020, is postponed and will instead take place on May 4, 2020, at 10:30 a.m. in Courtroom 10 before the undersigned.

2

A joint status report is due one week prior and telephonic appearances are granted, with the parties to use the following dial-in number and passcode: Dial-in number 1-888-251-2909 and passcode 1024453.

IT IS SO ORDERED.

Dated:   **January 23, 2020**            /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE