UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PEREZ, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　　　Defendants. | No. 1:18-cv-00127-AWI-EPG<br><br>ORDER GRANTING STIPULATION AND JOINT REQUEST FOR TRIAL CONTINUANCE AND MODIFICATION OF CASE MANAGEMENT SCHEDULE<br><br>(ECF No. 77) |

On July 29, 2020, the parties filed a Stipulation and Joint Request for Continuance and Modification of Case Management Schedule. (ECF No. 77). Good cause appearing, the Court GRANTS the parties' motion, other than with respect to the pretrial conference (trial readiness conference) and trial, which are being rescheduled subject to the Court's calendar.

///
///
///
///
///
///
///
///

IT IS HEREBY ORDERED that the schedule is hereby modified as follows:

| Event | Date or Deadline |
| --- | --- |
| Non-Expert Discovery Cut-off | February 19, 2021 |
| Initial Expert Disclosures | March 12, 2021 |
| Rebuttal/Supplemental Expert Disclosures | March 26, 2021 |
| Expert Discovery Cut-Off | May 17, 2021 |
| Dispositive Motion/MSJ-Filing Deadline | June 16, 2021 |
| Dispositive Motion/MSJ - Hearing Deadline | July 14, 2021 |
| Trial Readiness Conference | October 14, 2021 at 10:00 a.m. |
| Trial | December 7, 2021 at 8:30 a.m. |

IT IS SO ORDERED.

Dated:  **July 30, 2020**                        /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE