UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PEREZ, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF FRESNO, et al.,<br><br>  Defendants. | No. 1:18-cv-00127-AWI-EPG<br><br>ORDER RE RELEASE OF VIDEO AND MODIFYING AUGUST 27, 2020 ORDER<br><br>(ECF No. 84) |

On August 27, 2020, the Court entered an order to remove the confidentiality designation from body camera video footage produced in discovery. (ECF No. 83). The Court's order noted that based on the "agree[ment] on the record, Plaintiffs should not disclose the footage until American Ambulance has either indicated it will not file an objection to this order with the District Judge, or until the District Judge rules on any such objection." (*Id.* at 15 n.8).

On September 10, 2020, Defendants Morgan Anderson and American Ambulance filed a motion for reconsideration. (ECF No. 85). On the same date, the parties filed a stipulation concerning the release date of the body camera video footage:

> [T]he parties stipulate that if American Ambulance has filed a Motion for Reconsideration and the Court denies the motion, the parties . . . request that the Court provide a date and time certain for the effective release of the video no sooner than 72 hours from the court's issuance of the order denying the Motion for Reconsideration.

(ECF No. 84 at 2).

1

The Court treats the parties' request as a motion for the Court to modify its August 27, 2020 order. Based on the parties' stipulation, the Court finds sufficient cause to modify its August 27, 2020 order.

Accordingly, it is HEREBY ORDERED that insofar as the Court's August 27, 2020 order stated otherwise, it is modified as follows: should the District Court deny the Motion for Reconsideration (ECF No. 85), the parties shall not release the video sooner than 72 hours from the Court's issuance of such denial.

IT IS SO ORDERED.

Dated:   **September 11, 2020**         /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE