UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ANTHONY PEREZ, et al. | ) CASE NO. 1:18-cv-00127-AWI-EPG |
| Plaintiffs, | ) |
| vs. | ) **ORDER GRANTING THE PARTIES'** |
| CITY OF FRESNO, et al., | ) **STIPULATION** |
| Defendants. | ) |

On January 29, 2018, the Court order Michelle Perez to be appointed guardian ad litem to Plaintiff X.P., who was then a minor. Since then, according to the parties' stipulation filed on October 1, 2020, (ECF No. 89), X.P. has reached the age of maturity. The parties request in that stipulation that X.P.'s guardian ad litem be removed. The Court treats this stipulation as a motion. The motion is HEREBY GRANTED.

Accordingly, it is HEREBY ORDERED that for all purposes going forward, Plaintiff "X.P., a minor, by and through his Guardian Ad Litem, MICHELLE PEREZ, individually and as Successor in Interest to Joseph Perez" shall be replaced with "Xavier Perez, individually and as Successor in Interest to Joseph Perez".

IT IS SO ORDERED.

Dated:   **October 2, 2020**           /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

1