UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ANTHONY PEREZ, et al,, <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF FRESNO. et al,, <br><br>Defendants. | Case No. 1:18-cv-00127-AWI-EPG <br><br>**ORDER RE MODIFICATION OF CASE MANAGEMENT SCHEDULE** |

On November 9, 2020, the parties filed a stipulation to modify the case management schedule. (ECF No. 103). The parties seek to continue certain pretrial deadlines, including the deadline to file dispositive motions, while keeping the pretrial conference and trial the same. The parties have shown good cause to modify the schedule, but given the new dispositive motion filing deadline, the Court must also continue the pretrial conference and trial.

Accordingly, IT IS HEREBY ORDERED that this case shall proceed pursuant to the following case management schedule:

///

///

///

1

| *Case Management Event:* | *Prior-Operative Date-Deadline:* | *NEW Date-Deadline:* |
|---|---|---|
| Non-Expert Discovery Cut-Off (Non-Expert Discovery Completion Due) | February 19, 2021 | **April 16, 2021** |
| Expert Disclosures (Initial) – Service Deadline | March 12, 2021 | **May 7, 2021** |
| Rebuttal-Supplemental Expert Disclosures – Service Due | March 26, 2021 | **May 21, 2021** |
| Expert Discovery Cut-Off (Expert Discovery Completion Due) | May 17, 2021 | **July 12, 2021** |
| Dispositive Motion/MSJ – <u>Filing</u> Deadline (Last Day for Filing Dispositive Motions) | June 16, 2021 | **August 11, 2021** |
| Last Day for MSJ-Dispositive/Other Motion Hearing | July 14, 2021 | **September 8, 2021** |
| Final Pre-Trial Conference ("PTC") | October 14, 2021 | **January 12, 2022 at 10:00 a.m.** |
| TRIAL | December 7, 2021 | **March 15, 2022, at 8:30 a.m.** |

IT IS SO ORDERED.

Dated:   **November 12, 2020**          /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE

2