UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PEREZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF FRESNO, et al.,<br><br>　　　　　Defendants. | No. 1:18-cv-00127-AWI-EPG<br><br>ORDER GRANTING MOTION TO CORRECT OR MODIFY CASE MANAGEMENT SCHEDULE<br><br>(ECF No. 118) |

　　　　On December 28, 2020, Defendants County of Fresno, Robert McEwen, Karlson Manasan, Jimmy Robnett and Braithan Stoltenberg ("County Defendants") filed a motion to modify the scheduling order. (ECF No. 118). The Court grants the motion and modifies the scheduling order as set forth below.

　　　　On November 9, 2020, the parties filed a stipulation to modify the case management schedule. (ECF No. 103). That stipulation requested, among other things, a change to the dispositive motion filing date. (*Id.*). The Court granted the stipulation but also noted that it changed the trial date to March 15, 2022, to accommodate the new dispositive motion filing date. (ECF No. 116).

　　　　On December 28, 2020, County Defendants filed a motion, informing the Court that their counsel was set to have another trial on the same date. (ECF No. 118-1). They requested a continuance in the trial date or to modify the case management schedule to acknowledge the

possibility of a trial conflict. (*Id.*).

After consulting with the parties and the assigned district judge's calendar, the Court will re-set the trial date to begin on May 10, 2022. All parties have indicated that they are available that date. Although the Court notes that counsel for County Defendants has trials scheduled before and after this date, there are none scheduled on this date. Additionally, it seems unlikely that all of counsel's other trials will proceed as scheduled.

Accordingly, IT IS HEREBY ORDERED that this case shall proceed pursuant to the following case management schedule:

| *Case Management Event:* | *Prior-Operative Date-Deadline:* | *NEW Date-Deadline:* |
|---|---|---|
| Non-Expert Discovery Cut-Off (Non-Expert Discovery Completion Due) | April 16, 2021 | April 16, 2021 (unchanged) |
| Expert Disclosures (Initial) – Service Deadline | May 7, 2021 | May 7, 2021 (unchanged) |
| Rebuttal-Supplemental Expert Disclosures – Service Due | May 21, 2021 | May 21, 2021 (unchanged) |
| Expert Discovery Cut-Off (Expert Discovery Completion Due) | July 12, 2021 | July 12, 2021 (unchanged) |
| Dispositive Motion/MSJ – <u>Filing</u> Deadline (Last Day for Filing Dispositive Motions) | August 11, 2021 | August 11, 2021 (unchanged) |
| Last Day for MSJ-Dispositive/Other Motion Hearing | September 8, 2021 | September 8, 2021 (unchanged) |
| Final Pre-Trial Conference ("PTC") | January 12, 2022 at 10:00 a.m. | January 12, 2022 at 10:00 a.m. (unchanged) |
| TRIAL | March 15, 2022, at 8:30 a.m. | **May 10, 2022, at 8:30 a.m.** |

IT IS SO ORDERED.

Dated:  **January 25, 2021**           /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

2