UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PEREZ, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF FRESNO, et al.,<br><br>  Defendants. | No.  1:18-cv-00127-AWI-EPG<br><br>ORDER GRANTING STIPULATION TO MOIDFY CASE MANAGEMENT SCHEDULE<br><br>(ECF No. 121) |

On January 28, 2020, the parties filed a stipulation to modify the scheduling order. (ECF No. 121). Finding good cause, the Court grants the stipulation and modifies the scheduling order as set forth below.

Accordingly, IT IS HEREBY ORDERED that this case shall proceed pursuant to the following case management schedule:

| *Case Management Event:* | *Prior-Operative Date-Deadline:* | *NEW Date-Deadline:* |
|---|---|---|
| Non-Expert Discovery Cut-Off (Non-Expert Discovery Completion Due) | April 16, 2021 | May 21, 2021 |
| Expert Disclosures (Initial) – Service Deadline | May 7, 2021 | June 11, 2021 |
| Rebuttal-Supplemental Expert Disclosures – Service Due | May 21, 2021 | June 25, 2021 |
| Expert Discovery Cut-Off (Expert Discovery Completion Due) | July 12, 2021 | August 16, 2021 |

| Case Management Event: | Prior-Operative Date-Deadline: | NEW Date-Deadline: |
|---|---|---|
| Dispositive Motion/MSJ – Filing Deadline (Last Day for Filing Dispositive Motions) | August 11, 2021 | September 15, 2021 |
| Last Day for MSJ-Dispositive/Other Motion Hearing | September 8, 2021 | October 13, 2021 |
| Final Pre-Trial Conference ("PTC") | January 12, 2022 at 10:00 a.m. | February 16, 2022 at 10:00 a.m. |
| TRIAL | May 10, 2022, at 8:30 a.m. | **May 10, 2022, at 8:30 a.m. (unchanged)** |

IT IS SO ORDERED.

Dated:   **January 28, 2021**                    /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

2