John C. Taylor, State Bar No. 78389
Neil K. Gehlawat, State Bar No. 289388
**TAYLOR & RING, LLP**
1230 Rosecrans Avenue, Suite 360
Manhattan Beach, California 90266

Telephone: (310) 209-4100
Facsimile: (310) 208-5052

Attorneys for Plaintiffs
ANTHONY PEREZ, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ANTHONY PEREZ, individually, CECELIA PEREZ, individually, TERRALEE PEREZ, individually, and as Successor in Interest to Joseph Perez, JOSEPH PEREZ, JR., individually and as Successor in Interest to Joseph Perez, and X.P., a minor, by and through his Guardian Ad Litem, MICHELLE PEREZ, individually and as Successor in Interest to Joseph Perez, <br><br>Plaintiff, <br><br>vs. <br><br>CITY OF FRESNO, COUNTY OF FRESNO, AMERICAN AMBULANCE, JAMES ROSSETTI, an individual, SEAN CALVERT, an individual, CHRIS MARTINEZ, an individual, BRAITHAN STOLTENBERG, an individual, ROBERT MCEWEN, an individual, KARLSON MANASAN, an individual, JIMMY ROBNETT, an individual, MORGAN ANDERSON, and DOES 1-10, inclusive, <br><br>Defendants. | CASE NO. 1:18-cv-00127 AWI (EPG) <br><br>Complaint Filed: 01/23/2018; Assigned to the Hon. Anthony W. Ishii <br><br>**[PROPOSED] ORDER RE: STIPULATION RE: BODY WORN CAMERA FOOTAGE** |

1

The Court, having reviewed the parties' stipulation (Doc. No. 124), and good cause appearing, ORDERS as follows:

The confidentiality designation attached to the redacted version of the body worn camera footage is lifted as of Friday, March 5, 2021, at 11:00 a.m.  Nothing in this Order prohibits any attorney or party in this case from making any public comment that references American Ambulance or its employees.

IT IS SO ORDERED.

Dated:   February 26, 2021                     _____
                                               SENIOR  DISTRICT  JUDGE