UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PEREZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, et al.,<br><br>Defendants. | No.  1:18-cv-00127-AWI-EPG<br><br>ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME<br><br>(ECF No. 126) |

On April 22, 2021, the parties filed a stipulation to extend the deadline for Plaintiffs to conduct a Federal Rule of Civil Procedure 30(b)(6) deposition of K.W.P.H Enterprises, Inc., which was sued as American Ambulance ("American Ambulance"). (ECF No. 126). The stipulation states that American Ambulance's lead counsel recently had an unanticipated hospitalization and surgery and has been recommended to recuperate for six weeks.[1] The parties request that the Rule 30(b)(6) deposition take place "on a mutually convenient date as determined by counsel for the Parties." Good cause appearing, the Court will grant the requested relief.

///

///

///

///

---

[1] The Court wishes American Ambulance's counsel a speedy recovery.

1

Accordingly, IT IS HEREBY ORDERED that the deposition of American Ambulance under Federal Rule of Civil Procedure 30(b)(6) may be taken after the current non-expert discovery cutoff date of May 21, 2021.

IT IS SO ORDERED.

Dated:   **April 22, 2021**                                  /s/ Erica P. Grosjean
                                                                                UNITED STATES MAGISTRATE JUDGE

2