UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PEREZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, et al.,<br><br>    Defendants. | No. 1:18-cv-00127-AWI-EPG<br><br>ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULE<br><br>(ECF No. 128) |

On May 6, 2021, the parties filed a stipulated request to modify the schedule in this action. (ECF No. 128). The Court had previously granted the parties' stipulated request to modify the schedule in light of certain defendants' lead attorney's emergency health condition. (ECF No. 127). The parties inform the Court that the attorney needs additional time to recuperate from a cardiac surgery and request an additional continuance.[1] Good cause appearing, the Court will grant the stipulated request.

///

///

///

///

///

---

[1] The Court wishes counsel a speedy recovery.

1

Accordingly, IT IS HEREBY ORDERED that the schedule is modified as follows:

| *Case Management Event:* | *Current Deadline:* | *New Deadline:* |
|---|---|---|
| Non-Expert Discovery Cut-Off (Non-Expert Discovery Completion Due) | May 21, 2021 | May 21, 2021 (no change) |
| Expert Disclosures (Initial) – Service Deadline | June 11, 2021 | July 2, 2021 |
| Rebuttal-Supplemental Expert Disclosures — Service Due | June 25, 2021 | July 16, 2021 |
| Expert Discovery Cut-Off (Expert Discovery Completion Due) | August 16, 2021 | September 6, 2021 |
| Dispositive Motion/MSJ - Filing Deadline (Last Day for Filing Dispositive Motions) | September 15, 2021 | October 6, 2021 |
| Last Day for Filing Opposition to Dispositive Motion | | November 3, 2021 |
| Last Day for Filing Reply to Opposition to Dispositive Motion | | November 22, 2021 |
| Last Day for MSJ- Dispositive/Other Motion Hearing | October 13, 2021 | December 6, 2021 |
| Final Pre-Trial Conference | February 16, 2022 | February 23, 2022 at 10:00 am |
| Trial | May 10, 2022 | May 10, 2022 (no change) |

IT IS SO ORDERED.

Dated: **May 7, 2021**

/s/ Erin P. Grosjean

UNITED STATES MAGISTRATE JUDGE