UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PEREZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF FRESNO, et al.,<br><br>    Defendants. | No.  1:18-cv-00127-AWI-EPG<br><br>ORDER GRANTING STIPULATED REQUEST FOR DEPOSITIONS OF EXPERTS AFTER CUTOFF<br><br>(ECF No. 131) |

On August 30, 2021, the parties filed a stipulated request to allow for the depositions of two experts, Gary Michael Vilke and Alon Abraham Steinberg, after the current expert discovery cutoff date of September 6, 2021. (ECF No. 131). The Court has previously granted similar requests relating to the case schedule in light of a certain defendant's lead attorney's emergency health condition. (ECF No. 127, 129). The parties inform the Court that the attorney has experienced "another unanticipated hospitalization" and they anticipate completing the two expert depositions by September 10, 2021.[1] Good cause appearing, the Court will grant the stipulated request.

\\\

\\\

\\\

---

[1] The Court wishes counsel a speedy recovery.

1    Accordingly, IT IS HEREBY ORDERED that the depositions of Gary Michael Vilke and
2 Alon Abraham Steinberg may be taken after the current expert discovery cutoff date of
3 September 6, 2021.

4
5 IT IS SO ORDERED.

6    Dated:   **August 31, 2021**                    /s/ Erica P. Grosjean
7                                                UNITED STATES MAGISTRATE JUDGE